UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Brian Lopez-Alvares,

              Petitioner,        Case No. 26-10662

v.                                       Judith E. Levy
                                       United States District Judge

Kevin Raycraft, *et al.*

                                       Mag. Judge Anthony P. Patti
            Respondents.

_____/

**ORDER DIRECTING SERVICE, SETTING DEADLINES, AND STAYING PETITIONER'S TRANSFER, REMOVAL, OR DEPORTATION**

The Petitioner brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. The Court has reviewed it and deems that it is not appropriate for summary dismissal, therefore,

IT IS ORDERED that the Clerk of Court is directed to serve photocopies of the petition and this order upon the United States Attorney via facsimile e-mail and first-class mail, and upon the Respondent via first-class mail. The Respondent shall file a response to this petition, along with relevant or supporting documentation within **14**

**days** of the date of this order. The Petitioner may respond within **5 days** from receipt of the Respondent's answer.

In order to preserve the Court's jurisdiction over this matter, it is ordered that, until further order of the Court, Petitioner may not be transferred outside the Eastern District of Michigan and Petitioner's removal or deportation is hereby stayed. 28 U.S.C. § 1651. For good cause shown, the Government may move to vacate this stay.

IT IS SO ORDERED.

Dated: February 27, 2026        s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 27, 2026.

s/Caitlin Shrum
CAITLIN SHRUM ON BEHALF
OF WILLIAM BARKHOLZ
Case Manager